JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PERISCOPE POST AND AUDIO LLC, an Illinois limited liability company; JONATHAN BROSS, an individual; MICHAEL NEHS, an individual,<br><br>Defendants. | Case No. 8:25-cv-00133-JWH-KES<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**JUDGMENT**<br><br>Complaint Filed:   January 23, 2025 |

# JUDGMENT

Pursuant to plaintiff Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment ("Default Motion"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendants Periscope Post and Audio LLC, Jonathan Bross and Michael Nehs, jointly and severally, in the total amount of **$112,410.96**; which is a sum of the following:

    a. Compensatory damages in the amount owed of $85,699.04, on Equipment Financing Agreement No. 1 ("EFA No. 1");

    b. Attorneys' fees in the amount of $5,027.96 on EFA No. 1;

    c. Prejudgment interest in the amount of $5,092.99, at the statutory rate of ten percent (10%) per annum, from November 29, 2024 (the date of breach), to June 16, 2025 (the hearing date noticed on this Default Motion), on EFA No. 1;

    d. Compensatory damages in the amount owed of $12,971.44, on Equipment Financing Agreement No. 2 ("EFA No. 2");

    e. Attorneys' fees in the amount of $1,378.28 on EFA No. 2;

    f. Prejudgment interest in the amount of $692.25, at the statutory rate of ten percent (10%) per annum, from December 4, 2024 (the date of breach), to June 16, 2025 (the hearing date noticed on this Motion), on EFA No. 2;

//
//
//
//

1   g. Costs in the amount of $1,549.00.

3   The Clerk is ordered to enter this Judgment forthwith.

5   **IT IS SO ORDERED.**

7   DATED: _June 4, 2025_   _____
                                JUDGE OF THE US DISTRICT COURT